SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JUN 27 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**LORI BURCHETT**

Plaintiff(s),

v. Pete's Fresh Foods Kedzie Corporation, DBA Pete's Fresh Market

Defendant(s).

Case Number: _____

22CV3342
Judge Charles R. Norgle
Magistrate Judge Shelia M. Finnegan
RANDOM

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is LORI BURCHETT of the county of DUPAGE in the state of ILLINOIS.

3. The defendant is PETE'S FRESH FOODS KEDZIE CORP., DBA PETE'S FRESH MARKET, whose street address is 4343 S. Pulaski Road,
(city) Chicago (county) Cook (state) IL (ZIP) 60632
(Defendant's telephone number) (773) – 927-4300

4. The plaintiff sought employment or was employed by the defendant at (street address)
151 Rice Lake Square (city) Wheaton
(county) DuPage (state) IL (ZIP code) 60189

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) May_____, (day)_____, (year) 2019_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ■*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____(day)_____(year) 2020____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____(day)_____(year) 2019____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ■ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____(day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____(year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) April (day) 4 (year) 2022 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): <u>Due to continuing harassment and discriminatory conditions of</u>

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

my employment, I concluded that the Respondent did not want me employed there and, thus, constructed a work environment so hostile and intolerable that no reasonable minded person could continue work effectively within such an environment. Consequently, I had no other alternative but to resign on November 13, 2019.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

(See attached)

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): The Plaintiff asks the court for damages including monetary loss and punitive damages, court costs, attorneys fees, jury fees, expert witness fees as well as other such relief as the Court may find appropriate.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Lori Burchett
_____
(Plaintiff's name)

4 Walker Avenue
_____
(Plaintiff's street address)

(City) Clarendon Hills    (State) IL    (ZIP) 60514

(Plaintiff's telephone number) ( 773 ) – 540-5933

Date: June 27, 2022

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br># 20W0210.02 | **AGENCY**<br>☒ IDHR<br>☐ EEOC | **CHARGE NUMBER**<br>2020CA1650 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Lori Burchett | (773) 540-5933 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4 Walker Ave., Apt. 108 | Clarendon Hills, IL 60514 | 01/06/1960<br>MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| Petes Fresh Foods Kedzie Corporation, d/b/a, Pete's Fresh Market | | (773) 927-4300 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 4343 S. Pulaski Road | Chicago, IL 60632 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL) |
|---|---|
| Age | 05/19      11/13/19<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

### S E E   A T T A C H E D

**Page 1 of 5**                                                                                                          HMS

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS _____ DAY OF _____, _____<br><br>X_____<br>NOTARY SIGNATURE |
|---|---|
| **NOTARY STAMP** | X_____<br>SIGNATURE OF COMPLAINANT              DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 7/12-INT)

**Charge Number: 2020CA1650**
**Complainant: Lori Burchett**
**Page 2 of 5**

I.    A.    **ISSUES/BASIS**

           **HARASSMENT – MAY 2019 THROUGH TO NOVEMBER 13, 2019, DUE TO MY AGE, 59**

     B.    **PRIMA FACIE ALLEGATIONS**

        1.    I was 59 years of age at the time of the alleged violation.

        2.    My performance as a cashier met Respondent's expectations. I was hired in February 2019.

        3.    From May 2019 through to November 13, 2019, I was harassed by Josh (last name unknown, 20's), Front End Manager, Sevi (last name unknown, 30's), Front End Manager, and Leno Asuncion (60's), Store Manager, which included but not limited to the following:

           a. They repeatedly criticized my work performance.
           b. I was denied the opportunity to use the bathroom without asking for permission first. I was told that I could not leave my register area for any reason.

        4.    The conduct created a hostile, intimidating and offensive work environment which interfered with my ability to perform my job.

        5.    Similarly situated employees under the age of 40 and/or significantly younger than myself who were not similarly treated.

II.    A.    **ISSUES/BASIS**

           **WRITTEN REPRIMAND – MAY 2019, DUE TO MY AGE, 59**

     B.    **PRIMA FACIE ALLEGATIONS**

        1.    I was 59 years of age at the time of the alleged violation.

        2.    My performance as a cashier met Respondent's expectations. I was hired in February 2019.

        3.    In May 2019, Leno Asuncion (60's), General Manager, issued me a written reprimand for frightening a customer due to my driving too fast in Respondent's customer parking lot.

        4.    Similarly situated employees under the age of 40 and/or significantly than myself who were not issued a written reprimand under similar circumstances.

Charge Number: 2020CA1650
Complainant: Lori Burchett
Page 3 of 5

III. A. ISSUES/BASIS

NEGATIVE PERFORMANCE EVALUATION – JUNE 2019, DUE TO MY AGE, 59

B. PRIMA FACIE ALLEGATIONS

1. I was 59 years of age at the time of the alleged violation.

2. My performance as a cashier met Respondent's expectations. I was hired in February 2019.

3. In June 2019, Jean Schaeffer (40's), Corporate Liaison Officer, issued me a negative performance evaluation.

4. My work performance was as good or better than similarly situated employees under the age of 40 and/or significantly younger than myself who were not issued a negative performance evaluation.

IV. A. ISSUES/BASIS

WRITTEN REPRIMAND – JUNE 2019, DUE TO MY AGE, 59

B. PRIMA FACIE ALLEGATIONS

1. I was 59 years of age at the time of the alleged violation.

2. My performance as a cashier met Respondent's expectations. I was hired in February 2019.

3. In June 2019, Josh (last name unknown, 20's), Front End Manager, issued me a written reprimand for cash shortage.

4. Similarly situated employees under the age of 40 and/or significantly younger than myself who were not issued a written reprimand under similar circumstances.

V. A. ISSUES/BASIS

WRITTEN REPRIMAND – JULY 2019, DUE TO MY AGE, 59

B. PRIMA FACIE ALLEGATIONS

1. I was 59 years of age at the time of the alleged violation.

**Charge Number: 2020CA1650**
**Complainant: Lori Burchett**
**Page 4 of 5**

  2. My performance as a cashier met Respondent's expectations. I was hired in February 2019.

  3. In July 2019, Sevi (last name unknown, 30's), Front End Manager, issued me a written reprimand for poor work performance.

  4. My work performance was as good or better than similarly situated employees under the age of 40 and/or significantly younger than myself who were not issued a written reprimand.

VI. A. **ISSUES/BASIS**

  **WRITTEN REPRIMAND – OCTOBER 20, 2019, DUE TO MY AGE, 59**

 B. **PRIMA FACIE ALLEGATIONS**

  1. I was 59 years of age at the time of the alleged violation.

  2. My performance as a cashier met Respondent's expectations. I was hired in February 2019.

  3. On October 10, 2019, Jean Schaeffer (40's), Corporate Liaison Officer, and Joe (last name unknown, 50's), Store Manager, issued me a written reprimand for poor work performance.

  4. My work performance was as good or better than similarly situated employees under the age of 40 and/or significantly younger than myself were not issued a negative performance evaluation.

VII. A. **ISSUES/BASIS**

  **WRITTEN REPRIMAND – NOVEMBER 13, 2019, DUE TO MY AGE, 59**

 B. **PRIMA FACIE ALLEGATIONS**

  1. I was 59 years of age at the time of the alleged violation.

  2. My performance as a cashier met Respondent's expectations. I was hired in February 2019.

  3. On November 13, 2019, Jean Schaeffer (40's), Corporate Liaison Officer, and Joe (last name unknown, 50's), Store Manager, issued me a written reprimand for poor work performance.

Charge Number: 2020CA1650
Complainant: Lori Burchett
Page 5 of 5

            4.    My work performance was as good or better than similarly situated employees under the age of 40 and/or significantly younger than myself were not issued a written reprimand.

VII.   A.   **ISSUES/BASIS**

           **CONSTRUCTIVE DISCHARGE – NOVEMBER 13, 2019, DUE TO MY AGE, 59**

      B.   **PRIMA FACIE ALLEGATIONS**

           1.    I was 59 years of age at the time of the alleged violation.

           2.    My performance as a cashier met Respondent's expectations. I was hired in February 2019.

           3.    From May 2019 through to November 13, 2019, I was harassed by Josh (last name unknown, 20's), Front End Manager, Sevi (last name unknown, 30's), Front End Manager, and Leno Asuncion (60's), Store Manager.

           4.    In May 2019, Leno Asuncion (60's), General Manager, issued me a written reprimand for frightening a customer due to my driving too fast in Respondent's customer parking lot.

           5.    In June 2019, Jean Schaeffer (40's), Corporate Liaison Officer, issued me a negative performance evaluation.

           6.    In July 2019, Sevi (last name unknown, 30's), Front End Manager, issued me a written reprimand for poor work performance.

           7.    On October 10, 2019, Jean Schaeffer (40's), Corporate Liaison Officer, and Joe (last name unknown, 50's), Store Manager, issued me a written reprimand for poor work performance.

           8.    On November 13, 2019, Jean Schaeffer (40's), Corporate Liaison Officer, and Joe (last name unknown, 50's), Store Manager, issued me a written reprimand for poor work performance.

           9.    Due to the continuing harassment and discriminatory conditions of my employment, I concluded that Respondent did not want me employed there and, thus, constructed a work environment so hostile and intolerable that no reasonable minded person could continue to work effectively within such an environment. Consequently, I had no other alternative but to resign from Respondent on November 13, 2019.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S. Dearborn Street
Chicago, Illinois 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/04/2022

**To:** Lori Burchett
4 Walker Avenue, Apt. 108
Clarendon Hills, IL 60514

**Charge No: 21B-2020-00818**

EEOC Representative and email:   Sherice Galloway
Acting Coordinator / State, Local & Tribal
sherice.galloway@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 21B-2020-00818.

On Behalf of the Commission:

Digitally Signed By: Julianne Bowman
04/04/2022

Julianne Bowman
District Director

**Cc:**

PETE'S FRESH FOODS KEDZIE CORP., DBA PETE'S FRESH MARKET
c/o Heidi Steiner, Esq.
ASG Law, LLC
20 N. Clark Street, Suite 3300
Chicago, IL 60602